IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 04-00078-02-CR-W-HFS |
| WANDA F. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

On August 9, 2005, the court received a third psychological evaluation on Defendant Wanda Thompson. Defendant was examined by James Shadduck, Ph.D., a forensic psychiatrist, who prepared a report dated July 24, 2005.

On August 16, 2005, I held a competency hearing. Defendant was present, represented by Dana Altieri. The government was represented by Assistant United States Attorney Joseph Marquez. The parties stipulated to the contents and findings of Dr. Shadduck (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that Defendant is competent to stand trial and to assist in her defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in her defense.

It is

ORDERED that each party has until August 17, 2005, to file and serve specific objections (Tr. at 4).

---

[1] "Tr." refers to the transcript of the competency hearing.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
September 1, 2005