IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 04-00078-02-CR-W-HFS |
| WANDA F. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On August 9, 2005, the court received a third psychological evaluation on Defendant Wanda Thompson. Defendant was examined by James Shadduck, Ph.D., a forensic psychologist. It is the opinion of **Dr. Shadduck** that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on August 16, 2005, Defendant and the government stipulated to the report of **Dr.** Shadduck.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket commencing September 12, 2005. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between March 29, 2005, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

/s/ Howard F. Sachs
HOWARD F. SACHS
United States District Judge

Kansas City, Missouri
September 7 , 2005